IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT T. ROGERS, ) | 1:08cv01334 DLB | |
| ) | | |
| ) | ORDER DISCHARGING | |
| ) | ORDER TO SHOW CAUSE | |
| ) | (Document 16) | |
| vs. ) | | |
| ) | ORDER REGARDING STIPULATION | |
| MICHAEL J. ASTRUE, Commissioner, ) | TO EXTEND BRIEFING SCHEDULE | |
| ) | (Document 18) | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

On September 4, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On May 20, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file his opening brief. On June 4, 2009, Plaintiff filed his opening brief, but did not file a response to the order to show cause. On June 5, 2009, the parties filed a stipulation to extend the time for Plaintiff to file an opening brief to June 4, 2009, and to extend the time for Defendant to file any opposition to July 6, 2009. The parties explain that Plaintiff needed time to properly address the issues in the administrative record.

Accordingly, the order to show cause issued on May 20, 2009, is DISCHARGED. Pursuant to the parties' stipulation filed on June 5, 2009, Plaintiff's time for filing an opening brief is extended nunc pro tunc to June 4, 2009. Defendant's time to file an opposition, if any, is extended to July 6, 2009.

IT IS SO ORDERED.

Dated:   **June 8, 2009**           **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1